KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for JOSE ROSAS-FIGUEROA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-11-CR 0092 OWW |
| Plaintiff, ) | ORDER TO RESET TRIAL DATE |
| v. ) | |
| ) | New Trial Date: February 22, 2012 |
| ADRIAN ROSALES-FUENTES ) And JOSE ROSAS-FIGUEROA, ) | Time: 9:00 a.m. Dept. 2 |
| Defendants. ) | |

Based on the stipulation of counsel, it is hereby ordered as follows:

That the trial date previously set of January 4, 2012, is vacated and a new trial date of February 22, 2012 is hereby set, with a trial confirmation date of Tuesday, January 17, 2012 at 9:00 a.m. (the day after Martin Luther King day); motions in limine are to be filed by January 17, 2012, with a response due February 17, 2012, and hearing on the motions set for February 22, 2012 at 9:00 a.m.

That time is waived under the Speedy Trial Act, 18 U.S.C. § 1361.

IT IS SO ORDERED.

1

Dated: August 26, 2011         /s/ Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE