```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-092 LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| ADRIAN ROSALES-FUENTES, et al., | (note new time) |
| Defendant. | |

Defendant ADRIAN ROSALES-FUENTES, by and through his attorney, GARY HUSS, Defendant JOSE ROSAS-FIGUEROA, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties agree to continue the trial confirmation in this matter from January 17, 2012, to February 13, 2012, at 1 p.m. The parties further agree that this date will also be the date for consideration of any filed motions in limine. This continuance is necessitated by the fact that the Ninth Circuit recently set oral argument on January 17 in United States v. Dhaliwal, a case being handled by counsel for the government.

2. The parties further agree that the filing of motions in

1

limine in this matter will be reset for January 30, 2012, and the filing of any responses will now be due February 6, 2012. The parties agree that, when the Court continued the trial date at the request of counsel for Defendant ROSAS-FIGUEROA, the motion in limine schedule was not also, but should have been, modified.

DATED: December 6, 2011                    Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                          By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                                /s/ Gary Huss
                                                GARY HUSS
                                                Attorney for Defendant
                                                ADRIAN ROSALES-FUENTES

                                                /s/ Katherine Hart
                                                KATHERINE HART
                                                Attorney for Defendant
                                                JOSE ROSAS-FIGUEROA

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that trial confirmation in the above-captioned matter shall be continued from January 17, 2012, to February 13, 2012, at 11:30 a.m. and, at that time, the Court will also consider any motions in limine.

IT IS FURTHER THE ORDER of the Court that any in limine motions shall be filed on or before January 30, 2012, and any responses thereto shall be filed on or before February 6, 2012.

IT IS SO ORDERED.

**Dated:   December 7, 2011**             /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE